**E-FILED**
Tuesday, 06 November, 2007  09:03:09 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DONTE HENDERSON,
    Plaintiff,

vs.                                    No. 07-1291

JOHN DOE, et.al.,
    Defendant.

ORDER

The plaintiff filed his complaint pursuant to 42 U.S.C. §1983 on October 31, 2007.  The plaintiff also submitted a motion to proceed in forma pauperis [d/e 2] and a motion for appointment of counsel [d/e 3].  On November 2, 2007, the plaintiff filed a motion to voluntarily dismiss his lawsuit. The plaintiff states no reason for his motion.   He simply says he wishes to dismiss or withdraw his complaint.   The court notes that the plaintiff's complaint did not identify any specific defendants, only John Doe defendants.

**IT IS THEREFORE ORDERED that:**

**1) The plaintiff's motion to voluntarily dismiss this case is granted. [d/e 5] The case is dismissed without prejudice.**

**2) All other pending motions are moot. [d/e 2, 3]**

**3) The agency having custody of the plaintiff is directed to remit the docketing fee of $350.00 from the plaintiff's prison trust fund account if such funds are available.  If the plaintiff does not have $350.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher.  Thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory appeal fee of $350.00 is paid in its entirety.  The filing fee collected shall not exceed the statutory filing fee of $350.00.**

**4) The plaintiff must notify the clerk of the court of a change of address and phone number within seven days of such change.**

**5) The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.**

Entered this 6th  day of November, 2007.

**s/Harold A. Baker**

_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

1